ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    INDICTMENT

    -v-                        :    12 Cr. ___ (___)

PATRICK MARUGGI,               :    **12 CRIM 755**

              Defendant.    :
                               :
- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. From at least in or about 2005, up to and including in or about September 2012, in the Southern District of New York and elsewhere, PATRICK MARUGGI, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1343 of Title 18, United States Code.

2. It was a part and an object of the conspiracy that PATRICK MARUGGI, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme

JUDGE SWAIN

and artifice, in violation of Title 18, United States Code, Section 1343.

## Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, PATRICK MARUGGI, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

   a.  On or about March 20, 2005, MARUGGI caused an advertisement to be published in the New York Times for an investment opportunity, which stated, "Investors Wanted. Earn 12-20% APR, Fully secured by 1st mortgages on Philadelphia real estate," and listed a contact telephone number for a co-conspirator not named herein ("CC-1").

   b.  On or about September 14, 2006, in connection with a real estate closing on a property located in Philadelphia, Pennsylvania, MARUGGI caused approximately $220,000 to be wired from a bank account in New York, New York to a bank account in Rhode Island.

   c.  On or about September 13, 2006, in connection with a real estate closing on a property located in Philadelphia, Pennsylvania, MARUGGI signed documents certifying that he was the president of a corporation when, in truth and in fact, and as MARUGGI knew, MARUGGI was not an officer of that

corporation, which was controlled by an individual not named herein ("Victim-1").

        d.    In or about November 2008, MARUGGI met with Victim-1 in Long Island and, in substance, offered to give Victim-1 a $250,000 mortgage on a gas station in the Bronx, New York, owned by an acquaintance of MARUGGI's family member, if Victim-1 agreed not to report MARUGGI to the Federal Bureau of Investigation or the Grievance Committee of the New York State Bar.

(Title 18, United States Code, Section 1349.)

### FORFEITURE ALLEGATIONS

4.    As a result of committing the conspiracy to commit wire fraud offense alleged in Count One of this Indictment, PATRICK MARUGGI, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any property constituting, or derived from, proceeds traceable to such offense.

#### Substitute Assets Provision

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty; it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other described forfeitable property.

    (Title 18, United States Code, Section 981, and
    Title 21, United States Code, Section 853.)

_____  9/27/2012     _____
FOREPERSON              PREET BHARARA
                    UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PATRICK MARUGGI,

Defendant.

INDICTMENT

12 Cr. ___ (__)

(18 U.S.C. § 1349.)

PREET BHARARA
United States Attorney.

A TRUE BILL.

_____
FOREPERSON

9/27/12 - Filed Indictment.
ac - Arrest Warrants issued.
- Case assigned to Judge Swain.
Judge Gorenstein
USMJ